**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-6507**

_____

DENNIS STRAPEC,

                                    Petitioner - Appellant,

        versus

VIRGINIA PAROLE BOARD; ATTORNEY GENERAL OF THE
COMMONWEALTH OF VIRGINIA,

                                    Respondents - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge.
(CA-96-337)

_____

Submitted:  November 6, 1997        Decided:  November 19, 1997

_____

Before WIDENER and LUTTIG, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Joseph William Kaestner, KAESTNER & PITNEY, P.C., Richmond, Virginia; Edward D. Ross, Jr., Washington, D.C., for Appellant.  Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C. § 2254 (1994) (current version at 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997)). We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Strapec v. Virginia Parole Bd., No. CA-96-337 (E.D. Va. Oct. 22, 1996; Mar. 26, 1997). See Lindh v. Murphy, 521 U.S. ___, 1997 WL 338568 (U.S. June 23, 1997) (No. 96-6298). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2